UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

　　　　　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　Case No. 20-CR-241-JPS

STACY L. CHAPPELL,
　　　　　　　　　　　　　　　　　　　　　　　　ORDER
　　　　　　　　Defendant.

　　　　On December 15, 2020, the Grand Jury returned a seven-count indictment (the "Indictment") charging Defendant with violations of 18 U.S.C. §§ 922(g)(1), 924(a)(2), 924(c)(1)(A)(ii), and 1951(a). (Docket #1). In a rare turn of events, each party tendered a plea agreement, neither party accepted the other's offer, and counsel requested referral to a magistrate judge. ECF No. 52. Indeed, Defendant's proposed plea agreement indicated that he was concerned about the applicability of the First Step Act and the Sentencing Guidelines to his case.

　　　　On March 11, 2022, the Court referred the matter to the assigned magistrate judge for a hearing, with specific instructions to address Defendant's concerns. On March 24, 2022, Magistrate Judge Stephen C. Dries held such a hearing and issued a Report and Recommendation that thoroughly described the nature of Defendant's concerns and ultimately recommended that Defendant's proposed plea agreement be rejected and that the Court set a deadline for a signed plea agreement, or else proceed to trial. ECF Nos. 54, 55.

　　　　Pursuant to General Local Rule 72(c), 28 U.S.C. § 636(b)(1)(B), and Federal Rule of Criminal Procedure 59(b), the parties were advised that

written objections to that recommendation, or any part thereof, could be filed within fourteen days of the date of service of the recommendation. *Id.* at 1–2. To date, no party has filed such an objection. The Court has considered Magistrate Judge Dries's recommendation and, having received no objection thereto, will adopt it. The plea cut-off date and all trial-related dates will be imposed by separate order, issued today.

Accordingly,

**IT IS ORDERED** that that Magistrate Judge Stephen C. Dries's Report and Recommendation, ECF No. 54, be and the same is hereby **ADOPTED**.

Dated at Milwaukee, Wisconsin, this 18th day of April, 2022.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge

Page 2 of 2
Case 2:20-cr-00241-JPS   Filed 04/18/22   Page 2 of 2   Document 56